**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01017-CV

**KALA DHARMA, Appellant**

**V.**

**WHITLEY PENN, LLP, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12551**

## ORDER

We **GRANT** court reporter Georgina E. T. Ware's December 17, 2015 request for extension of time to file the reporter's record and **ORDER** the record be filed no later than January 19, 2016.

/s/     CRAIG STODDART
         JUSTICE